AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ANTHONY BRIAN MALLGREN, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| CLERK'S OFFICE, | |
| *Defendant* | |

Civil Action No.  13-CV-0228-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:
PLAINTIFF'S PROPOSED COMPLAINT IS DISMISSED FOR FAILURE TO STATE A CLAIM.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   THOMAS O. RICE _____ on a motion
to Proceed in the District Court In Forma Pauperis (ECF No. 2).

Date:   July 24, 2013 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
*(By) Deputy Clerk*

Linda L. Hansen _____